IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES PAIGE, JR.                                                                                  PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:18-CV-765-SA-RP

METROPOLITAN SECURITY SERVICE, INC.,
d/b/a WALDEN SECURITY, WILLIAM BARR,
GAYLEN KNUPP, BRANDON PRITCHARD,
and UNITED STATES                                                                             DEFENDANTS

ORDER CONTINUING TRIAL

This cause is set for trial on June 8, 2020. The Court, sua sponte, continues the trial in this cause until a later date to be set by separate notice. The Court orders the Magistrate Judge assigned to this case to alter any pre-trial deadlines as needed to accommodate the Court's order.

SO ORDERED this, the 4th day of May, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE